The relief described hereinbelow is SO ORDERED

Done this 31st day of July, 2013.



Dwight H. Williams, Jr.
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | } | | |
| | } | | |
| METCALF, ATHENA VALENCIA | } | CASE NO: | 13-10126-DHW |
| SSN xxx-xx-8012 | } | | |
| | } | | |
| | } | | |
| Debtor. | } | | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY
FILED BY LOANCARE, A DIVISION OF FNF SERVICING, INC. AS SERVCER FOR
EMBRACE HOME LOANS, INC.**

This matter coming before the Court on the Motion for Relief from Automatic Stay filed by LOANCARE, A DIVISION OF FNF SERVICING, INC. AS SERVCIER FOR EMBRACE HOME LOANS, INC. (hereinafter "Creditor"), and this Court being informed of the agreement of the parties hereto, it is therefore **ORDERED, ADJUDGED AND DECREED** as follows:

1. The Debtor shall tender a payment directly to the Creditor for the post petition mortgage payments through April, 2013. The amount to be paid directly is as follows:
1 payment @ $666.15 for 04/13: $ 666.15

2. The Chapter 13 plan is hereby amended to provide for a fixed payment and add the post-petition mortgage payments through July, 2013 plus the attorney fees and costs in connection with Creditor's Motion for Relief from Stay. The Creditor shall file a claim for that amount.
3 payments @ $695.12 for 05/13 through 07/13: $2,085.36
Attorney Fees and Costs: $ 626.00
Late Charges $ 53.30
Suspense ($ 33.85)
Total: $2,730.81

3. The Creditor shall file an amended pre-petition and post-petition claim for **TOTAL ARREARAGE** of $5,046.16
4. The Chapter 13 plan payments are hereby increased to $286.00 sem-monthly.
5. The fixed payments to the Creditor are increased to $93.00 per month.
6. The Motion for Relief from Stay filed by LOANCARE, A DIVISION OF FNF SERVICING, INC. AS SERVICER FOR EMBRACE HOME LOANS, INC. is hereby conditionally denied.  However, should the Debtor default under the mortgage agreement between the parties beginning August, 2013, the Motion for Relief from Stay is granted if the Creditor gives the Debtor and the Debtor's attorney twenty (20) days written notice of opportunity to cure.  If the default is not cured within twenty (20) days from the date the notice is issued, then the stay shall lift without further order of the Court.  Further, the Creditor is allowed to communicate with the Debtor(s) any communication required under the note and mortgage or under state law.  Waiver of default shall not constitute waiver of subsequent default.  The Debtor is responsible for reasonable attorney fees involved in the enforcement of this order.
7. If relief from the automatic stay under 11 U.S.C. § 362 becomes effective, this Creditor is thereafter entitled to enforce any and all of its right, title, interest in and to the subject property under applicable non-bankruptcy law.  The filing and service of Notice of Payment Change and/or Notices of Postpetition Fees, Expenses, and Charges, as described by FRBP 3002.1(b) and FRBP 3002.1(c), are not required once relief from the automatic stay under 11 USC § 362 is triggered and becomes effective.  Upon entry of this Order granting relief from the automatic stay under 11 U.S.C. § 362, the 14-day stay of Rule FRBP 4001(a)(3) is waived.

###END OF ORDER###

Prepared by:
ENSLEN  CROWE
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama  35255-5887
Telephone:  (205) 918-5013


This order was approved by Debtor's attorney and Curtis C. Reding, Trustee.